Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18−28680−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Robert Weston
   60 West Lake Avenue
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−8447

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              1/16/19
Time:              10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: December 7, 2018
JAN: mef

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
James Robert Weston
    Debtor

Case No. 18-28680-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: Dec 07, 2018
                             Form ID: 132     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.
```
db             +James Robert Weston,    60 West Lake Avenue,    Williamstown, NJ 08094-1000
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE,    Phelan Hallinan &Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517764950      +Atlantic ER Phys Team Ped,    c/o Account Resolution Services,    1643 North Harrison Pkwy,
                 Bldg H, Ste 100,    Fort Lauderdale, FL 33323-2857
517764951     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
517764953      +Carrington Mortgage Services,    1600 S. Douglas Rd,    Suites 110 & 200-A,
                 Anaheim, CA 92806-5951
517764954       Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517764955      +Deutsche Bank National Trust Company,    c/o KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
517764957       Empire Blue Cross Blue Shield,    PO Box 1407,    Church Street Station,
                 New York, NY 10081-4070
517764958      +Express Scripts,    Attn.: Cash office,    PO BOX 747000,    Cincinnati, OH 45274-7000
517764961       Kennedy Health,    c/o Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
517764964      +Quest Diagnostics,    PO BOX 740775,    Cincinnati, OH 45274-0775
517764965      +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
517764966       South Jersey Radilogy Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2018 23:25:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2018 23:25:42      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517764949      +E-mail/Text: bankruptcy@pepcoholdings.com Dec 07 2018 23:25:23      Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
517775461       E-mail/Text: bankruptcy@pepcoholdings.com Dec 07 2018 23:25:23
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
517764952      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 07 2018 23:30:09      Capital One,
                 PO Box 70886,    Charlotte, NC 28272-0886
517764956       E-mail/Text: mrdiscen@discover.com Dec 07 2018 23:25:11      Discover Financial Services, LLC,
                 PO BOX 15316,    Wilmington, DE 19850
517764959      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2018 23:53:33
                 GE Capital Retail Bank,    c/o Portfolio Recovery Associates,    120 Corporate Blvd., Ste 100,
                 Norfolk, VA 23502-4952
517764960      +E-mail/Text: asmith@marcuslaw.net Dec 07 2018 23:25:59      Kearney & Associates,
                 c/o Scott H. Marcus & Associates,    121 Johnson Rd #1,    Blackwood, NJ 08012-1758
517764962      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 07 2018 23:25:14      Kohl's/Capital One,
                 PO BOX 3115,    Milwaukee, WI 53201-3115
517764963       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2018 23:30:11
                 Portfolio Recovery Assoc,    Riverside Commerce Center,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502-4962
517764967      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 07 2018 23:25:09
                 Verizon Wireless,    PO Box 26055,    Minneapolis, MN 55426-0055
                                                                                              TOTAL: 11
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                                     Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Dec 07, 2018
                              Form ID: 132             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
              Eric   Clayman    on behalf of Debtor James Robert Weston jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE
               TRUSTEE, FOR NEW CENTURY HOME EQUITY LOAN TRUST 2006-2 nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE
               TRUSTEE, FOR NEW CENTURY HOME EQUITY LOAN TRUST 2006-2 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```