Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  18−28680−JNP
                        Chapter:  13
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    James Robert Weston
    60 West Lake Avenue
    Williamstown, NJ 08094

Social Security No.:
    xxx−xx−8447

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/18/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 18, 2019
JAN: kvr

                                                                   Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-28680-JNP
James Robert Weston                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Jan 18, 2019
                              Form ID: 148             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2019.
db          +James Robert Weston,    60 West Lake Avenue,    Williamstown, NJ 08094-1000
cr          +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE,    Phelan Hallinan &Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517764950   +Atlantic ER Phys Team Ped,    c/o Account Resolution Services,    1643 North Harrison Pkwy,
              Bldg H, Ste 100,    Fort Lauderdale, FL 33323-2857
517944202   +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
517764953   +Carrington Mortgage Services,    1600 S. Douglas Rd,    Suites 110 & 200-A,
              Anaheim, CA 92806-5951
517764955   +Deutsche Bank National Trust Company,    c/o KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
517764957    Empire Blue Cross Blue Shield,    PO Box 1407,    Church Street Station,
              New York, NY 10081-4070
517764958   +Express Scripts,    Attn.: Cash office,    PO BOX 747000,    Cincinnati, OH 45274-7000
517764961    Kennedy Health,    c/o Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
517764964   +Quest Diagnostics,    PO BOX 740775,    Cincinnati, OH 45274-0775
517764965   +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
517764966    South Jersey Radilogy Associates,    PO Box 1710,    Voorhees, NJ 08043-7710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 19 2019 00:03:09      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 19 2019 00:03:07      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517764949   +E-mail/Text: bankruptcy@pepcoholdings.com Jan 19 2019 00:02:49      Atlantic City Electric,
              PO Box 13610,    Philadelphia, PA 19101-3610
517775461    E-mail/Text: bankruptcy@pepcoholdings.com Jan 19 2019 00:02:49
              Atlantic City Electric Company,    Pepco Holdings, Inc.,
              Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
              Carneys Point, NJ 08069-3600
517764951    EDI: BANKAMER.COM Jan 19 2019 04:38:00      Bank of America,    PO Box 15019,
              Wilmington, DE 19886-5019
517959342    EDI: RESURGENT.COM Jan 19 2019 04:38:00      CACH, LLC,   Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
517764952   +EDI: CAPITALONE.COM Jan 19 2019 04:38:00      Capital One,    PO Box 70886,
              Charlotte, NC 28272-0886
517764954    EDI: CHASE.COM Jan 19 2019 04:38:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517764956    EDI: DISCOVER.COM Jan 19 2019 04:38:00      Discover Financial Services, LLC,    PO BOX 15316,
              Wilmington, DE 19850
517764959   +EDI: PRA.COM Jan 19 2019 04:38:00      GE Capital Retail Bank,
              c/o Portfolio Recovery Associates,    120 Corporate Blvd., Ste 100,    Norfolk, VA 23502-4952
517764960   +E-mail/Text: asmith@marcuslaw.net Jan 19 2019 00:03:37      Kearney & Associates,
              c/o Scott H. Marcus & Associates,    121 Johnson Rd #1,    Blackwood, NJ 08012-1758
517764962   +EDI: CBSKOHLS.COM Jan 19 2019 04:38:00      Kohl's/Capital One,    PO BOX 3115,
              Milwaukee, WI 53201-3115
517764963    EDI: PRA.COM Jan 19 2019 04:38:00      Portfolio Recovery Assoc,    Riverside Commerce Center,
              120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4962
517764967   +EDI: VERIZONCOMB.COM Jan 19 2019 04:38:00      Verizon Wireless,    PO Box 26055,
              Minneapolis, MN 55426-0055
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jan 18, 2019
                              Form ID: 148             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2019 at the address(es) listed below:
              Eric   Clayman     on behalf of Debtor James Robert Weston jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE
               TRUSTEE, FOR NEW CENTURY HOME EQUITY LOAN TRUST 2006-2 nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE
               TRUSTEE, FOR NEW CENTURY HOME EQUITY LOAN TRUST 2006-2 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```